UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>MDPK LLC, et al<br><br>    Defendants. | Case No. 17-cv-03715-NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On September 26, 2018, this Court held a hearing on plaintiff Scott Johnson's motion for attorney fees. Dkt. No. 45; *see also* Dkt. No. 42. At that hearing, the parties agreed to enter a settlement in lieu of the Court ruling on the motion for attorney fees. Dkt. No. 45. Johnson timely filed a notice of settlement on October 3, 2018, and the Court accordingly denied without prejudice the motion for attorney fees in light of the noticed settlement. Dkt. Nos. 46 & 47. Johnson was ordered to file a new motion for attorney fees if the case was not dismissed by November 7, 2018. Dkt. No. 47. Johnson did not file a notice of dismissal by that date. Therefore, Johnson is **ORDERED TO SHOW CAUSE by November 9, 2018** why the case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 8, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge